# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2539

_____

SCOTT JOHNSON, Husband,

    Appellant,

    v.

PEGGY JOHNSON, Wife, and
DICEY V. ABSHER,

    Appellees.

_____

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

April 11, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert W. Bauer and Maria Perez Youngblood of Bauer Law Group, P.A., Gainesville, for Appellant.

No appearance for Appellees.